UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-6014-RHW-1 |
| Plaintiff, ) | |
| ) | ORDER DENYING THIRD |
| v. ) | MOTION TO MODIFY |
| ) | |
| BARTOLO M. ALVAREZ, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is the Third Motion to Modify Conditions of Release (Ct. Rec. 68). As no new information has been proffered with the Motion, the Motion **(Ct. Rec. 68)** is **DENIED** without prejudice. See, also, Ct. Rec. 60.

Further motions to modify, if any, in the captioned matter shall be set for oral argument, unless agreed by the parties, to permit the court to better understand the parties' positions as to supervisability of the Defendant.

**IT IS SO ORDERED.**

DATED October 15, 2007.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE


ORDER DENYING THIRD MOTION TO MODIFY - 1